IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MIKA L. MEYERS,**

                Petitioner,

   v.

**MIKE DOWNING, Warden,**

                Respondent.

Case No. 14-cv-05476-DMR

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 22, 2015 to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

Dated: April 28, 2015

The

IT IS SO ORDERED

Judge Vince Chhabria

[Proposed] Order (14-cv-05476-DMR)