UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKA L. MEYERS,

    Petitioner,

v.

MIKE DOWNING,

    Respondent.

Case No. 14-cv-05476-VC (PR)

ORDER DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL

On December 16, 2014, Mika L. Meyers filed a motion for appointment of counsel in this habeas action. The Sixth Amendment right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). Title 18 U.S.C. § 3006A(a)(2)(B), however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See Chaney*, 801 F.2d at 1196; *Eskridge v. Rhay*, 345 F.2d 778, 782 (9th Cir. 1965).

The Court finds that exceptional circumstances entitling Meyers to court appointed counsel do not exist at this time. Accordingly, the interests of justice do not require appointment of counsel, and Meyers' motion is DENIED. This denial is without prejudice to the Court's *sua sponte* reconsideration should the Court find appointment of counsel is necessary following consideration of the merits of Meyers' claims.

This Order terminates Docket No. 14.

IT IS SO ORDERED.

Dated: April 28, 2015

_____
VINCE CHHABRIA
United States District Judge