UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKA L. MEYERS,

    Petitioner,

  v.

MIKE DOWNING,

    Respondent.

Case No. 14-cv-05476-VC (PR)

**JUDGMENT**

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of the respondent. Petitioner Mika L. Meyers shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: November 9, 2015

_____

VINCE CHHABRIA
United States District Judge